UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 06-21839-CIV-MARTINEZ-BANDSTRA

PRECISION WOOD PRODUCTS, INC., a
Florida corporation,
    Plaintiff,

vs.

PENNSYLVANIA LUMBERMANS MUTUAL
INSURANCE COMPANY, a Pennsylvania
corporation ,
    Defendant.
_____/

## ORDER STRIKING NOTICE OF UNAVAILABILITY

THIS CAUSE came before the Court upon Defendant's Notice of Unavailability **(D.E. No. 9)**, filed on **October 5, 2006**. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize this filing, and the Court is unwilling to burden itself with the task of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. Therefore, it is hereby:

    **ORDERED AND ADJUDGED** that

Defendant's Notice of Unavailability **(D.E. No. 9)** is hereby **STRICKEN**.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of October, 2006.

                                                     _____
                                                   JOSE E. MARTINEZ
                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record